E-FILED
Thursday, 01 April, 2010 12:18:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 0 1 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Myron D Hudson
2800 Poplar
Springfield IL 62703

Plaintiff(s)

vs.

Case No: 10-3079

A & R Security
2552 135th St
Blue Island IL 60406
630-306-4100

Defendant(s)

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

   A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

   ( ) YES

   (X) NO

   B. If your answer is YES, describe the EEOC proceeding:

   1. Parties to the previous EEOC proceeding:

      Petitioner(s) _____

      _____

Page 2

    Respondent (s) _____

_____

_____

2. Location of EEOC office that handled your charge _____

   Chicago District Office

3. Docket or case number of your charge: 846-2009-68765

4. Disposition (what was the final result of your charge): _____

   See Attachment

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

   (X) YES

   ( ) NO

6. Date of filing charge before EEOC: 12-15-09

7. Date of disposition by EEOC: 1-12-2010

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II.   PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

    ( ) YES

    (X) NO

2

Page 3

    B.  If your answer is YES, describe each legal proceeding:

        1.  Parties to the previous legal proceeding:
           Plaintiff(s) or petitioner(s) _____

_____

_____

        Defendant(s) or respondent(s) _____

_____

_____

        2.  Name of court or agency: _____

_____

_____

        3.  Docket or case number: _____

        4.  Name of the judge or hearing officer: _____

_____

        5.  Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? _____

_____

_____

_____

_____

        6.  Date of beginning previous proceeding: _____

        7.  Date of disposition of proceeding: _____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

Page 4

C. Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

( ) YES

(X) NO

III. PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

A. Plaintiff(s)

1. Your full name Myron DeWitt Hudson

2. Your address 2800 Poplar Springfield IL 62703

3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): N/A

(Use a separate sheet if necessary; label it clearly if so)

B. Have you attached a separate sheet naming other plaintiffs?

( ) YES

(X) NO

C. Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

1. Full name (individual or firm): _____

4

Page 5

    2. Business address: _____

    _____

    3. Job position (if individual) _____

    _____

    4. Status as an entity (if defendant is a business firm):

        ( ) Corporation

        ( ) Partnership

        ( ) Sole Proprietorship

        ( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

    5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D.    Have you attached a separate sheet naming other defendants?

    ( ) YES

    (X) NO

5

Page 6

IV. <u>STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION</u>

   A. Were you:
   - (X) Not hired?
   - ( ) Discharged?
   - ( ) Suspended?
   - ( ) Demoted?
   - ( ) Denied Promotion?
   - ( ) Denied Wage Increases?
   - ( ) Other (please specify) _____

   B. State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

Saw AD in Springfield SJ-R for Security - No mention of education on Sept 12+13. Went and put app in and told recruiter had no HSD or GED due to Learning Dis also on app. Was called by Rebecca from A+R on 9-16 when explained no HSD or GED was told I wasn't eligable even though I had worked for A+R before and had no HSD or GED. She was told when called I had a Learning Disability. Was then turned down.

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Myron Hudson
2800 Poplar Ave
Springfield, IL 62703

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

Certified Mial 7099 3400 0018 8818 2710 CP

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2009-68765 | Teresa Napier, Investigator Support Asst | (312) 886-5398 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe     1-12-2010

John P. Rowe,
District Director     (Date Mailed)

Enclosures(s)

cc:

A&R SECURITIES



FIRST-AD

## THE STATE JOURNAL-REGISTER

Sunday, September 13, 2009

### Management 56 | Management

# THE AUTISM PROGRAM
## THE AUTISM PROGRAM MANAGER

The Hope Institute for Children and Families seeks to hire a Manager for The Autism Program (TAP). The Autism Program Service Network includes over 30 organizations, and twelve training and service centers. The TAP Manager will handle contractual relationships, including sub-contracts, to IDHS statewide autism grant. He/she will manage TAP budget in collaboration with The Hope Institute Finance Department.

Qualified candidates must possess a B.A in Social Science or related field. M.A. in Social Science or a related field is preferred. Five years experience in social service or non-profit organization and a basic understanding of contracts and budgets.

Hope Institute offers a competitive salary and benefit package as well as the opportunity to encourage and enhance an environment that promotes independent living for the youth we serve.

To apply, please submit resume to:
...Children and Families...
- Flexible Hours
- ...surance - 2 weeks Paid Vacation
- ...Paid Sick/Personal Days
- ...nations for Raises in First Year
- Paid Training
- Opportunity for Advancement

...DAY for more info about a Career at a Springfield Jiffi Stop
**217-285-5558**

### 58 Healthcare | 58 Healthcare | 58 Healthcare | 60 Miscellaneous



### Springfield Clinic — Healing with a Human Touch

Springfield Clinic is committed to providing high quality healthcare. We strive to provide an excellent experience that improves, enhances, and extends the quality of life for our patients. If your personal values reflect ours, we would encourage you to consider the current opportunities below.

- Certified Medical Assistant/LPN-Prompt Care
- Certified Medical Assistant/LPN-Wabash Medical Center
- LPN-Endocrinology
- LPN-General Surgery
- LPN/RN-Colon Rectal Surgery
- LPN/RN-Urology
- Marketing Manager
- Medical Assistant II,CMA,COA, Ocular Photographer-Ophthalmology
- Medical Assistant II,CMA-Wabash Medical Center-Part Time
- Medical Technologist-Laboratory
- Nurse Practitioner/Physician Assistant-Family Practice, General Surgery, Ortho, and Urology
- Nurse Practitioner/Physician Assistant-Hospitalists, 7pm-7am, 7days on-7days off...Jacksonville

For the majority of the positions we require no weekends or holidays. Unless specified otherwise. In addition, we offer an excellent benefits package, including: health insurance, FSA, 401(k) and profit-sharing plan.

*Springfield Clinic, LLP is an Equal Opportunity Employer*

### STARCREST CLEANERS
- FT Front Counter
- FT Shirt Presser
- Pant Presser

Exp. preferred but not req'd. Health benefits, 401K. Apply at either 2701 W. White Oaks Dr. or Prairie Crossing.

---

### Greenville Regional Hospital
*Caring for those you love.*

**Greenville Regional Hospital** reflects a strong history of healthcare services to its community and the surrounding area. We provide compassionate and excellent service in a modern and efficient healthcare organization staffed by highly trained and dedicated professionals. Currently, we are looking to fill the following positions:

**Registered Nurse (Surgery)**
The RN position is full-time, 72 hours per pay period. Previous OR circulating experience preferred. All candidates must have a current Illinois RN license in ACLS. This position requires candidates to live within...requires call.

### Management | 58 Healthcare

**LOOK**
...old company ahead in ...ction and behind in ...nel looking to fill ...

**Prairie Cardiovascular** — The Doctors of Prairie

**Prairie** is looking for a com-...skilled telephonic case management of members with both acute and chronic health issues. Will work closely with the member, family, physician, and other health care providers. Requires current RN license with 3-5 years experience, managed care background, utilization review experience, and strong keyboarding and Windows computer skills. Prefer experience in home health. Please apply online to www.carle-clinic.com/careers
EOE, M/V/F/D.
**Health Alliance Medical Plans**

...first shift. For small ...home. 217-306-0714

### OFFICE ASSISTANT
...a FT employee with ...ce in reception, fi-... and appointment ...duties. Dental/... experience pre-... Knowledge of win-... computer networks ... If you are a peo-...on and want to work ...a fast paced quality ...ease apply. Deliver ...esume to Springfield ...es in Oral and Maxi-...urgery, 3007 Spring ...ve, Springfield, IL

### 60 Miscellaneous

**Specialty Medical Office** has full-time/part-time position for LPN. Experience a plus, but will train the right person. Must be professional, a team player and have good interpersonal skills. No nights or weekends. Send resumes to: The State Journal Register, 1 Copley Plaza, PO Box 219, Box #5296, Springfield, IL 62701

### 60 Miscellaneous

**GENERAL LABOR**
Special opportunity. 20-30 individuals WANTED NOW. Due to a new equipment line our company has had a massive growth expansion. P/T & long term up to $700 per week. Start in some depts. per company program. Call Mon-Tues 8-5. 1st 150 calls only. **217-483-2400**



2ND-AD

### 60 Miscellaneous

**Security**
**JOB FAIR**
September 19th, 2009
8am-6pm
The State House Inn
101 East Adams
Springfield, IL 62701

We are now hiring throughout the Springfield area:

**ARMED GUARDS**
Must have FOID card, Firearm training and requalification for Armed (most recent).

**UNARMED GUARDS**
Must have certificate for 20 hour training.

We're also hiring:
**FIELD SUPERVISORS**
**ACCOUNT MANAGERS**
Please be sure to bring all paperwork to the Job Fair (Driver's license, Social Security Card, and PERC card). Must have HS diploma or GED. Drug screening required and must pass physical. Plan on attending our job fair to learn about careers at A & R Security. If unable to attend, email pgreen@arsecurity.com

### Miscellaneous

Allied Waste Services of Springfield, a division of the 2nd largest solid waste company in the nation, is seeking a highly motivated individual to join its maintenance team. Qualified individuals must have a HS Diploma/GED and at least 3 years experience in truck maintenance and repairs, including hydraulic, welding, minor fabrication, air brake, engine and driveline work. Prior experience in repairing waste collection equipment is preferred. The candidate selected must have his/her own tools. Apply in person or send resume to Allied Waste Services, 2980 Granger Dr. Springfield, IL 62707    EOE M/F/D/V
Deadline To Apply 09/16/09

**HIRING OPEN HOUSE**
The Ultimate Tan will be holding open interviews for PT counter positions Tuesday, September 15, 2009 from 10 am to 3pm at 1925 W. Iles, Springfield. We are looking for enthusiastic, professional individuals who can provide outstanding customer services. Flexible availability including afternoons, evenings and weekends a must. Average hourly rate $8-$11. No Phone Calls please. Applications also accepted in person during regular business hours.

Maintenance tech needed for premier property mgmt. co. HVAC certified...appliance...

★ Immediate Openi...

### CHOOSE MEMORIAL.
**Great careers built here.**

- ...Manager, Cath Lab, FT days weekends as needed
- ...Manager, Surgery, FT days
- ...Manager, Special Procedures Area, FT days
- ...Medical, FT, PT, or per diem, days, nights
- ...gery, FT, PT, or per diem, rotational shifts
- ...Renal/Urology, FT, PT, or per diem, nights
- ...Surgical, FT, PT, or per diem, days
- ...gs, nights-RN, ED, FT, PT, or weekends only,
- ...aylorville Memorial Hospital
- ...Charge Nurse, FT days, Abraham Lincoln...

### Culture / Art / Writing / Geography

From local politics to developments at the far reaches of the globe, there's a wide world of knowledge to be gained every day