# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MYRON D. HUDSON,**
   **Plaintiff,**

  vs.              Case Number: **10-3079**

**A&R SECURITY,**
   **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**, pursuant to a Text Order by Chief Judge Michael P. McCuskey on 09/09/2010, this matter is dismissed without prejudice for failure to prosecute.  This case is closed.------------

            ENTER this 9th day of September, 2010

              s/ Pamela E. Robinson
            PAMELA E. ROBINSON, CLERK

               s/ D. Meadows
            _____
              BY:  DEPUTY CLERK